# Order

Michigan Supreme Court
Lansing, Michigan

January 23, 2020

160137 & (26)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

MEGHAN MAITLAND, as Next Friend of
KEEGAN MAITLAND,
      Plaintiff-Appellee,

v

HOLLY JASKIERNY, DO, and JOSEPH
KINGSBURY, DO,
      Defendants,

and

GENESYS REGIONAL MEDICAL CENTER,
      Defendant-Appellant.
_____/

SC: 160137
COA: 348216
Genesee CC: 18-110537-NH

On order of the Court, the motion to strike is GRANTED. The application for leave to appeal the July 11, 2019 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. We further ORDER that the trial court proceedings are stayed pending the completion of that appeal. On motion of a party or on its own motion, the Court of Appeals may modify, set aside, or place conditions on the stay if it appears that the appeal is not being vigorously prosecuted or if other appropriate grounds appear.

We do not retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 23, 2020



Clerk

a0122